Brandon Eugene Hunter xref 2359710
**Name and Prisoner/Booking Number**

Sacramento County Main Jail
**Place of Confinement**

651 I Street
**Mailing Address**

Sacramento, CA 95814
**City, State, Zip Code**

FILED

AUG 3 0 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Brandon Eugene Hunter )
(Full Name of Plaintiff) )
　　　　　　Plaintiff, )
　　　　　　　　　　　)
　　v. )　CASE NO. 2:22-CV-1520 JDP
　　　　　　　　　　　)　(To be supplied by the Clerk)
(1) Sacramento County )
(Full Name of Defendant) )
(2) Adault Correctional Health )
　　　　　　　　　　　)　**CIVIL RIGHTS COMPLAINT**
(3) Doe 1 )　**BY A PRISONER**
　　　　　　　　　　　)　"Jury Trial Demanded"
(4) Doe 2 )　☑ Original Complaint
　　　　　　Defendant(s). )　☐ First Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them. )　☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:

   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

   ☐ Other: _____

2. Institution/city where violation occurred: Sacramento County Main Jail

Revised 3/15/2016

1

## B. DEFENDANTS

1. Name of first Defendant: **Sacramento County**. The first Defendant is employed as: **Employer** at **Sacramento County Main Jail**.
   (Position and Title)            (Institution)

2. Name of second Defendant: **Adault Correctional Health**. The second Defendant is employed as: **Employer** at **Sacramento County Main Jail**.
   (Position and Title)            (Institution)

3. Name of third Defendant: **Doe 1**. The third Defendant is employed as: **Sheriff Deputy** at **Sacramento County Main Jail**.
   (Position and Title)            (Institution)

4. Name of fourth Defendant: **Doe 2**. The fourth Defendant is employed as: **Nurse** at **Sacramento County Main Jail**.
   (Position and Title)            (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed? **7**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: <u>Deliberate Indifrence</u>

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   1.) Plaintiff suffers from a shoulder injury that needs surgury and cronic pain in the jaw, neck, lower back, right hand, right rist, right arm, right hip, right nee, right ankle, and both feet. Plaintiff also has hemoroids and a fungase in the big right toe.
   2.) Plaintiff recieved treatment for the hemeroids that was innifective, and no other treatment has been perscribed.
   3.) No treatment has been perscribed for the fungus in the right big toe.
   4.) Pain meds were perscribed, but it took 6 months for plaintiff to recieve the requested pain meds that work a little, but pain still persists, as to the cronic pain of the verious injuries.
   5.) An MRI was scheduald 6 months ago, but did not take place, due to what the Nurse claims was a refusal on my part, but I did not refuse my MRI. Plaintiff is seeking medical records and the shift logs of the deputies working the date of the claimed refusal to discover the identities of Defendants Doe 1 and Doe 2, whom are the deputy and nurse that claimed I refused treatment. Plainiff is asking this.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Prolonged pain & suffering, mental angiush

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

1 | Court to subpeana those medical records as
2 | plaintiff has requested those records but medical
3 | has refused to provide plaintiff with them.
4 | 6.) Plaintiff is suing Sacramento County in its
5 | official capacity to force them to provide and order
6 | adiquate medical treatment, that being MRI's
7 | and surgeries, and pain medications like
8 | vicodon, tylonal 3's, norcos, and morphine. Plaintiff
9 | is only seeking injunctive reliefe aginst this
10 | defendant. Plaintiffs MRI's and surguries should
11 | be orderd to happen emediatly without wait
12 | due to the long period of already waiting without
13 | treatment. The denial of medications by its
14 | employees and denial of MRI's by its employees
15 | is the bases of plaintiff deliberate indiffrence
16 | claim.
17 | 7.) Plaintiff is sueing Adault Correctional Health
18 | in its official capacity for the same reasons as
19 | stated in paragraph (6), and due to its employees
20 | neglegence.
21 | 8.) Doe 1 is sued in there individual and official
22 | capacity for deliberatly indiffrencing plaintiff by
23 | lying and claiming plaintiff refused MRI's, which
24 | has led to prolonged pain and suffering of plaintiff.
25 | 9.) Doe 2 is sued in there individual and official
26 | capacity for not speaking directly to plaintiff about
27 | the MRI refusal, to verrify if there was a refusal, that
28 | action deliboratly indiffrenced plaintiff, prolonging suforage.

Page ___ of ___

## E. REQUEST FOR RELIEF

State the relief you are seeking:
$30,000,000 U.S. Dollars jointly and severaly against defendants Injunctive releife requiring emedbite MRI's and needed surgeries, and pain medication like Norcos or Vikodens, as well as treatment of hemoroids and foot funguse on toe. Any other reliefe the Courts see fit to order in this matter

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/25/22
DATE

BOHE
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6