Brandon Hunter - 2359710
Name and Prisoner/Booking Number

Sacramento County Main Jail
Place of Confinement

651 "I" Street
Mailing Address

Sacramento, CA 95814
City, State, Zip Code

**FILED**

FEB - 6 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Brandon Eugene Hunter
(Full Name of Plaintiff)
   Plaintiff,

v.

(1) Sacramento County
(Full Name of Defendant)
(2) Doe 1
(3) Doe 2
(4) _____
   Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:22-CV-01520-JDP (PC)
(To be supplied by the Clerk)

"Jury Trial Demanded"

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☐ Original Complaint
☑ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Sacramento County Main Jail

Revised 3/15/2016

1

## B. DEFENDANTS

1. Name of first Defendant: **Sacramento County**. The first Defendant is employed as: **Municipal Corporation** at **Sacramento County Main Jail**.
   (Position and Title)                                                          (Institution)

2. Name of second Defendant: **John Doe 1**. The second Defendant is employed as: **Ortho Doctor** at **Sacramento County Main Jail**.
   (Position and Title)                                                          (Institution)

3. Name of third Defendant: **John Doe 2**. The third Defendant is employed as: **Unknown** at **Sacramento County Main Jail**.
   (Position and Title)                                                          (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                                          (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed? **7**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: Violation of Due Process.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   1.) In 2016 Plaintiff began having sever shoulder pain.
   2.) Plaintiff sought treatment and was given an MRI of the right shoulder in 2017.
   3.) Plaintiff was diagnosed with a 360° torn Labrium.
   4.) Surgery was recomended and required to fix. Plaintiff wanted the surgery, but was released from the California Men's Colony in 2018, before the surgery could be completed.
   5.) From July 2018 to December 2020 Plaintiff suffered from homelessness, mental health issues, and multiple incarcenations, that made it impossable for plaintiff to seek treatment and recieve surgery on the right shoulder.
   6.) Plaintiff was arrested in Los Angeles County in December 2020. Plaintiff was then exterdited to Sacramento County in November 2021. Plaintiff has remained in custody from December 2020 to the present of February 2023.
   7.) Plaintiff sought surgery in Los Angeles but was transferd to Sacramento.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Constant suvier neck and shoulder pain. Mental anguish, worry, timidness, distress.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

1  before I could recieve the surgery.
2  8.) Upon arival at Sacramento County Main Jail,
3  plaintiff emediatly began puting in medical request
4  to get the surgery, complaining of pain a suffering,
5  and the lack of daily funchioning activity due to the
6  exstent of the injury, and the lack of arm
7  mobility.
8  9.) It should be noted this shoulder injury is around
9  7 years old and requires surgery. Plaintiff has been
10 incustody for aproximately 26 months, and still has
11 not recieved that surgery or even an MRI to asses
12 any new damage to the shoulder. Plaintiff has
13 been in Sacramento County Main Jail for 14 of those
14 26 months.
15 10.) Plaintiff has been Left in pain and suffering the
16 entire 14 months while housed in Sacramento County
17 Main Jail. The injury effects Plaintiff's day to day
18 funchioning activities.
19 11.) In the Last 7 years multiple incidents have
20 occured that has agravated the injury, including
21 multiple incidents while house here in Sacramento
22 County. Plaintiff believes and has complained
23 to multiple medical personell at Sacramento County
24 Main Jail, that I need another MRI to asses
25 new injuries to the shoulder.
26 12.) Plaintiff was eventualy refered to Ortho
27 in 2022, to asses the need for an MRI and
28 surgery. Plaintiff saw Ortho, and the specialist

Page ___ of ___

1. orderd an MRI.
2. 13.) After months of waiting for the MRI,
3. Plaintiff filed a grievance. Plaintiff spoke to
4. medical persenal agin, who orderd pain
5. medications and sent me to Ortho agin.
6. 14.) When plaintiff saw Ortho agin, it was
7. the same individual "John Doe 1". Plaintiff
8. was informed by John Doe 1 that an unknown
9. individual claimed I refused the MRI some
10. months back. I informed John Doe 1 I never
11. was asked if I wanted to go get an MRI, and
12. that I never refused the MRI. John Doe 1
13. continued to exsplain that was the reason
14. for the delay. While talking to John Doe 1, I
15. complained of pain in both shoulders. John
16. Doe 1 decided to order an MRI on the Left
17. shoulder and put in an order for surgery on
18. the right shoulder. I told John Doe 1 I wanted
19. an MRI on the right shoulder because there
20. may be new damage since the last MRI
21. was taken about 6 years ago. He refused to
22. order the MRI for the right shoulder, but
23. put in the request for surgery on it. His order
24. for surgery was based on the information I
25. provided him of the 6 year old MRI, that
26. showed I had a 360° tare in my right
27. labrium. Plaintiff is highly concerned, due to
28. John Doe 1's refusal to order a new MRI

Page ___ of ___

1. on the right shoulder to assess any new damage,
2. that if the surgery is performed, the shoulder
3. might not be fully repaired, and require
4. multiple surgeries. Or that the Docter would
5. refuse the surgery untell a recent MRI
6. is obtained, so he can fully assess the
7. exstent of damage to the shoulder. In wich
8. case that would cause an unessesary
9. delay in treatment. Leaving plaintiff in
10. prolonged pain and suffering.
11. 15.) Plaintiff has sense recieved the MRI on
12. the left shoulder. But after months of waiting
13. the surgery on the right shoulder has not taken
14. place. John Doe 1 claimed the right shoulder was
15. an elective surgery, and that it may not be
16. approved. Plaintiff pain medication has also been
17. discontinued.
18. 16.) Plaintiff is unsure who John Doe 2 is and
19. does not know there possition or title or what
20. capacity they operate in. But plaintiff alleges
21. John Doe 2 is responsable for aproving Plaintiffs
22. surgery or not. Plaintiff at this time is unsure
23. if John Doe 2 is an individual or a group
24. of individuals. But Plaintiff believes this individual
25. or group of individuals is responsable for the
26. Delay in Plaintiffs surgery.
27. 17.) If Survice of this complaint on defendants
28. is granted, Plaintiff will file discovery motions

Page ___ of ___

1. to obtain the names of John Doe 1 and John Doe 2.
2. 18.) Plaintiff will also file motions of Discovery to obtain exact dates.
3. 19.) Plaintiff believes John Doe 1 is guilty of deliberate indiffrence for refusing to order another MRI on the right shoulder, after the first MRI was cancelled. Plaintiff's possition and belife is this will lead to prolonged pain and suffering, because any surgion performing the surgery will require an up-to-date MRI, to fully assess the extent of damage to provide the surgery. Or if the Dr. does perform the surgery, it may require multiple other surgeries to fully repaire the shoulder. Leaving the plaintiff in prolonged pain and suffering in any case.
4. 20.) Plaintiff believes John Doe 2 is guilty of Deliberate indifference, because this individual or individuals has failed to aprove and schedual plaintiff's surgery within a timely mannor, Leaving the Plaintiff in prolonged pain and suffering.
5. 21.) Plaintiff believes Sacramento County is at fault because lack of adiquate treatment in a timely mannor, has become a custom as outlined in Mays v. Sacramento, due to Jail over population. Sacramento County is responsable for the medical treatment of the Sacramento County Jails inmate population.

Page ___ of ___

## E. REQUEST FOR RELIEF

State the relief you are seeking:
$11,000,000 for pain and suffering. Injunctive reliefe to require an MRI of the right shoulder. Injunctive reliefe to require surgery of the right shoulder. Any other reliefe the Courts deem nessacery.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __2/2/23__
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6