# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON EUGENE HUNTER, | Case No. 2:22-cv-01520-JDP (PC) |
| Plaintiff, | |
| v. | |
| SACRAMENTO COUNTY, | **ORDER & WRIT OF HABEAS CORPUS** |
| Defendant. | **AD TESTIFICANDUM** |

Brandon Eugene Hunger, XREF # 2359710, a necessary and material witness in a settlement conference in this case on March 5, 2024, is confined in the Sacramento County Main Jail, in the custody of the Sheriff.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn K. Delaney at the U. S. District Court, Courtroom #24, 501 I Street, Sacramento, California 95814, on Tuesday, March 5, 2024 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Sacramento County Main Jail at (916) 874-5660 or via email.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Sheriff, Sacramento County Main Jail, 651 I Street, Sacramento, California 95814:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:    February 28, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE