1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

BRANDON EUGENE HUNTER,

12

Plaintiff,

13

v.

14

SACRAMENTO COUNTY,

15

Defendant.

16

Case No.  2:22-cv-01520-JDP (PC)

**ORDER**

DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME

ECF No. 27

17

18

19

20

21

22

23

        Plaintiff has filed a motion for 180-day extension of time; however, he does not identify the specific deadline he seeks to extend.  Plaintiff is reminded that pursuant to the April 4, 2024 discovery and scheduling order, all discovery shall be completed by September 13, 2024, and dispositive motions shall be filed by January 23, 2025.  ECF No. 26.  If plaintiff desires additional time to comply with these deadlines, he may file a motion to modify the April 4, 2024 discovery and scheduling order.  Any such motion shall identify the deadline plaintiff seeks to extend and explain why additional time is necessary.

24

25

        Accordingly, it is hereby ordered that plaintiff's motion for an extension of time, ECF No. 27, is denied without prejudice.

26

27

28

IT IS SO ORDERED.

Dated:   June 7, 2024                                    _____
                                                        JEREMY D. PETERSON
                                                        UNITED STATES MAGISTRATE JUDGE